UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHERYL L SPIVEY, § § *Plaintiff,* § § v. § § NFN NLN § *Dallas Lawyer,* § § *Defendant.* § | Civil Action No.3:22-CV-00923-X-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 6]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Spivey is **WARNED** that if she continues to file frivolous pro se cases in this Court, sanctions and/or a filing bar may be imposed

**IT IS SO ORDERED** this 12th day of July 2022.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1